UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLAI DMITRIEVITCH TERLETSKY,<br><br>Defendant. | NO. CR16-80 RSM<br><br>ORDER TO SEAL ATTACHMENT TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REVISE DETENTION ORDER |

Having reviewed the attachment to the government's Response to Defendant's Motion to Revise Detention Order, which was filed under seal, and the government's Motion to Seal requesting that the attachment be allowed to remain under seal,

It is hereby ORDERED that the attachment to the government's response in this matter shall remain sealed.

DATED this 14th day of August, 2019.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970