The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NIKOLAI DMITRIEVITCH TERLETSKY, <br><br> Defendant. | NO. CR16-080 RSM <br><br> ORDER GRANTING MOTION TO SEAL UNITED STATES' EXHIBIT A TO GOVERNMENT'S SENTENCING MEMORANDUM |

Having considered the United States' Motion to Seal in the above-captioned case and the reasons set forth therein, and finding good cause,

It is hereby ORDERED that the United States' Motion to Seal is GRANTED. The United States' Exhibit A to Government's Sentencing Memorandum shall be sealed and remain sealed until further order of the Court.

//
//
//

ORDER TO SEAL - 1
*United States v. Terletsky* / CR16-080 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 6th day of January, 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-0755
erin.becker@usdoj.gov

ORDER TO SEAL - 2
*United States v. Terletsky* / CR16-080 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970